IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMEY S. MIRACLE, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:06-0918 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Jamey S. Miracle's ("Plaintiff") Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 14) and Supporting Documents (Doc. No. 15-18), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 21), and Plaintiff filed a Reply (Doc. No. 22). Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 29) recommending that Plaintiff's Motion be denied and the decision of the Commissioner affirmed. The Report was filed on December 4, 2009, and no objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion to the extent that the case be **REMANDED** the case to the Administrative Law Judge for further proceedings.

It is so ORDERED.

Entered this ___21st___ day of ___December___, 20___.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT